UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SHU CHINSAMI,<br><br>Plaintiff. | Case No. 20-05393 EJD (PR)<br><br>**ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL**<br><br><br>(Docket No. 5) |

Plaintiff, a California state prisoner, filed a letter which was construed as an attempt to file a civil rights action pursuant to 42 U.S.C. § 1983.  Dkt. No. 1.  The matter reassigned to this Court on September 15, 2020.  Dkt. No. 7.  Plaintiff has filed a letter stating that he would like to "withdraw" this matter from the Court.  Dkt. No. 5.

Plaintiff may voluntarily dismiss his complaint with or without order of this Court. See Fed. R. Civ. P. 41(a)(1)(A), (a)(2).  Because no opposing party has been served, Plaintiff's letter requesting to withdraw this case is construed as a "notice of dismissal," and requires no order from the Court.  See Fed. R. Civ. P. 41(a)(1)(A)(I).  The request is **GRANTED**, and this action is **DISMISSED**.

The Clerk of the Court shall terminate all pending motions and deadlines and close the file.

///

1 **IT IS SO ORDERED.**

2 Dated: 9/23/2020

 _____
 EDWARD J. DAVILA
 United States District Judge

25 Order of Voluntary Dismissal
PRO-SE\EJD\CR.20\05393Chinsami_vol.dism

2